1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

7  IN THE UNITED STATES DISTRICT COURT FOR

8  THE EASTERN DISTRICT OF CALIFORNIA

10 RUTH STAIRS            )
                          )  CASE NO. 1:10-cv-132-DLB
11     Plaintiff,         )
                          )
12     v.                 )
                          )  STIPULATION AND ORDER
13 Commissioner of Social )  FOR EXTENSION OF TIME TO SUBMIT
   Security,              )  PLAINTIFF'S CONFIDENTIAL BRIEF
14                        )
       Defendant.         )
15 _____)

17     IT IS HEREBY STIPULATED by and between the parties as follows: that Plaintiff be granted a first time 30-day extension of time to submit Plaintiff's Confidential Brief. The reason for this extension is due Plaintiff's counsel's workload demands and the number and complexity of the issues in this case. The current due date for Plaintiff's Confidential Brief is July 12, 2010. The new due date will be August 11, 2010.

22     The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

//
//
//

Dated: 07/01/2010                    /s/ Sengthiene Bosavanh

                                     SENGTHIENE BOSAVANH, ESQ.
                                     Attorney for Plaintiff

1 | Dated:
2 |             BENJAMIN B. WAGNER
   |             United States Attorney
3 |
4 |             By: /s/ Kathryn Watson
   |             (as authorized via email on 7/6/10)
5 |             KATHRYN WATSON
   |             Assistant Regional Counsel

6 |
7 | IT IS SO ORDERED.

   **Dated:  July 8, 2010**          **/s/ Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE