1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney
5
        333 Market Street, Suite 1500
6       San Francisco, California  94105
        Telephone:  (415) 977-8977
7       Facsimile:  (415) 744-0134
        E-Mail: Lynn.Harada@ssa.gov
8
9  Attorneys for Defendant

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12                          **FRESNO DIVISION**

13

14 | RUTH STAIRS,                      )
15 |                                   )   CIVIL NO.: 1:10cv00132-DLB
   |       Plaintiff,                  )
16 |                                   )   STIPULATION AND ORDER TO
   |       v.                          )   EXTEND TIME
17 |                                   )
18 | MICHAEL J. ASTRUE,                )
   | Commissioner of                   )
19 | Social Security,                  )
   |                                   )
20 |       Defendant.                  )
21 | _____ )

22

23    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

24 record, that Defendant shall have a one-week extension of time to respond to Plaintiff's Application for

25 Attorney Fees Under the Equal Access to Justice Act.  This is Defense Counsel's first request for an

26 extension of time to respond to Plaintiff's Application for Attorney Fees.  Defense Counsel needs

27 additional time to further review the application and prepare a response in this matter.  The current due

28 date is May 23, 2011.  The new due date will be May 31, 2011.

Counsel apologizes to the Court and to Plaintiff's Counsel for any inconvenience caused by this delay.

                                            Respectfully submitted,

Dated: May 23, 2011                /s/ *Sengthiene Bosavanh*
                                            (As authorized via e-mail on 5/23/11 at 4:48 p.m.)
                                            SENGTHIENE BOSAVANH
                                            Attorney for Plaintiff

Dated: May 23, 2011                BENJAMIN B. WAGNER
                                            United States Attorney
                                            LUCILLE GONZALES MEIS
                                            Regional Chief Counsel, Region IX
                                            Social Security Administration

                                            */s/ Lynn M. Harada*
                                            LYNN M. HARADA
                                            Special Assistant United States Attorney

IT IS SO ORDERED.

    **Dated:**   **May 24, 2011**                **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE